415 A.2d 86

**WALLACE AND GALE COMPANY, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Argued May 22, 1980.

Decided June 12, 1980.

Frederick D. Giles, Harrisburg, for appellant.

Edward G. Biester, Jr., Atty. Gen., Robert Patrick Coyne, Deputy Atty. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

This is an appeal from an order of the Commonwealth Court quashing a petition for review of an order of the Board of Finance and Revenue.

Accepting that the petition was deficient as to form and detail, we are persuaded the Commonwealth Court abused its discretion in not granting the motion to amend the petition.

The order of the Commonwealth Court is vacated, and the record is remanded with directions to grant appellant's motion to amend.